*Form 130* (3/23)–doc 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Lisa Ann Scott<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23–13858–mdc<br><br>Chapter: 13 |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix Due 12/28/23
    Means Test Calculation 122C–2 Due 1/4/24
    Plan Due 1/4/24
    Schedules A Due 1/4/24
    Schedules B Due 1/4/24
    Schedules C Due 1/4/24
    Schedules D Due 1/4/24
    Schedules E Due 1/4/24
    Schedules F Due 1/4/24
    Schedules G Due 1/4/24
    Schedules H Due 1/4/24
    Schedules I Due 1/4/24
    Schedules J Due 1/4/24
    Statement of Attorney Compensation Due 1/4/24
    Statement of Current Monthly Income (122C–1) Due 1/4/24
    Statement of Financial Affairs Due 1/4/24
    Summary of Assets and Liabilities Due 1/4/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: December 22, 2023

By the Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court