**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :         CHAPTER 13

Lisa Ann Scott

    DEBTOR                       :         BKY. NO.  23-13858-mdc

**APPLICATION FOR AN EXTENSION OF TIME
TO FILE MATRIX AND LIST OF CREDITORS**

1. Debtor filed for protection under Chapter 13 on **December 21, 2023.**

2. An order was entered giving Debtor time to file matrix.

3. Debtor may seek application to extend time for cause.

4. Debtor needs an extension until **1/04/2024** to attend to the matrix and list of creditors and to compile the information necessary.

5. The Petition was served upon all creditors and any other interested parties.

Wherefore, Debtor prays for an Order extending time to file Chapter 13 matrix and list of creditors until **1/04/2024.**

                                                Respectfully Submitted,

Date:  December 28, 2023                        _____s/_____
                                                      Michael A. Cibik, Esquire
                                                      Cibik & Cataldo, PC
                                                      1500 Walnut Street, Ste 900
                                                      Philadelphia, PA  19102