**COSTCO WHOLESALE**

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027
425-313-8100

PAYMENT STATEMENT FOR PAY DATE  10/20/2023 – Biweekly

Federal EIN  91-1223280  Costco Wholesale Corporation

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Name** | LISA SCOTT | **Payroll Area** | US | Biweekly | **Tax Data** | **Tax Area Code** | **Filing Status** | **Allowances** | **Addl. Amt.** |
| **Address** | 205 ROBINHOOD LANE | **Pay Period** | 10/02/2023 | 10/15/2023 | Federal | FED | Single | 00 | 0.00 |
| | ASTON PA 19014 | **Department** | 0086 | Security | Primary State | PA | Single | 00 | 0.00 |
| | | **Location** | 00001114 | | Local | PA26 | Single | 00 | 0.00 |
| **Employee #** | 06117807 - (Hourly) | **Pay Date** | 10/20/2023 | | | | | | |
| **Job Title** | MEMBER SERVICE | | | | | | | | |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

| Current Hours Worked | 68.07 | Base Rate | $27.60 | | | |
|---|---|---|---|---|---|---|
| **Current Payments** | | **Rate** | **Hours** | **Amount** | **YTD Hours** | **YTD Amount** |
| Regular Pay | | $27.60 | 52.05 | $1,436.58 | 1,067.14 | $30,127.56 |
| Holiday Pay | | | | | 56.00 | $1,579.60 |
| Vacation Pay | | $27.60 | 3.96 | $109.30 | 175.82 | $5,048.42 |
| Sick Pay | | $27.60 | 4.58 | $126.41 | 71.28 | $2,000.57 |
| Overtime | | $41.40 | 0.02 | $0.83 | 6.39 | $271.36 |
| Sunday Premium Pay | | $41.40 | 16.00 | $662.40 | 296.79 | $12,616.18 |
| Sunday Overtime | | | | | 0.66 | $27.91 |
| Floating Holiday-Hourly | | | | | 8.00 | $234.40 |
| Exec2%RewardNonWageNonTax | | | | | | $127.01 |
| **Total Current Payments** | | | 76.61 | $2,335.52 | 1,682.08 | $52,033.01 |
| **Total Payments** | | | 76.61 | $2,335.52 | 1,682.08 | $52,033.01 |

| **Pre Tax Deductions** | | **Current Amount** | **YTD Amount** |
|---|---|---|---|
| 401k EE Contrib-Non Union | | $93.42 | $2,076.21 |
| FT EE Aetna Select | | $20.00 | $430.00 |
| Choice Dental | | $4.00 | $86.00 |
| **Total Pre Tax Deductions** | | $117.42 | $2,592.21 |

| **Taxes** | | **Current Taxable Amount** | **Current Amount** | **YTD Taxable Amount** | **YTD Amount** |
|---|---|---|---|---|---|
| Federal | FED | | | | |
| TX Withholding Tax | | $2,242.51 | $268.45 | $49,843.14 | $6,141.67 |
| TX EE Social Security Tax | | $2,335.93 | $144.83 | $51,919.35 | $3,219.00 |
| TX EE Medicare Tax | | $2,335.93 | $33.87 | $51,919.35 | $752.83 |
| Pennsylvania | PA | | | | |
| TX Withholding Tax | | $2,311.52 | $70.96 | $51,390.00 | $1,577.67 |
| TX EE Unemployment Tax | | $2,335.52 | $1.63 | $51,906.00 | $36.33 |
| Aston Township | PA26 | | | | |
| TX Withholding Tax | | $2,311.52 | $23.12 | $51,390.00 | $513.90 |
| Concord Township | PAE6 | | | | |
| TX Local Services Tax | | $2,359.93 | $2.00 | $52,435.35 | $42.00 |
| **Total Taxes** | | | $544.86 | | $12,283.40 |

| **After Tax Deductions** | **Current Amount** | **YTD Amount** |
|---|---|---|
| Supplemental ADD/EE Only | $1.66 | $35.69 |
| SHORT TERM DISAB HRLY | $48.80 | $1,078.60 |
| 401k Loan Program | | $1,622.40 |
| **Total After Tax Deductions** | $50.46 | $2,736.69 |
| **Net Payment** | $1,622.78 | $34,420.71 |

| **Other Benefits and Information** | **Current Amount** | **YTD Amount** |
|---|---|---|
| Group Term Life | $24.41 | $529.35 |
| **Total Other Benefits** | $24.41 | $529.35 |

| **Leave Balance Summary** | **Beginning Balance** | **Earned** | **Current Pay Period Activity** | **Total Balance** |
|---|---|---|---|---|
| Sick and Personal | 3.05 | 2.95 | 4.58 | 1.42 |
| Vacation | 77.41 | | 3.96 | 73.45 |

**Leave Balance Summary**

| **Summary** | **Total Payments** | - | **Pre-Tax Deductions** | - | **Taxes** | - | **After Tax Deductions** | = | **Net Payment** |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $2,335.52 | | $117.42 | | $544.86 | | $50.46 | | $1,622.78 |
| YTD | $52,033.01 | | $2,592.21 | | $12,283.40 | | $2,736.69 | | $34,420.71 |
| Hours(Extra Check Eligibility) | 521.10 | | | | | | | | |

**Check/Transfer Information**

| **Bank Routing #** | **Bank Name** | **Account/Check No.** | **Payment Method** | **Amount** | **Replacement Check Date** |
|---|---|---|---|---|---|
| 036001808 | TD Bank National Association | ....1719 | Direct Deposit | $1,622.78 | |

**COSTCO WHOLESALE**

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE** 11/03/2023 – Biweekly

**Federal EIN** 91-1223280 Costco Wholesale Corporation

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Name** | LISA SCOTT | **Payroll Area** | US | Biweekly | **Tax Data** | **Tax Area Code** | **Filing Status** | **Allowances** | **Addl. Amt.** |
| **Address** | 205 ROBINHOOD LANE | **Pay Period** | 10/16/2023 | 10/29/2023 | Federal | FED | Single | 00 | 0.00 |
| | ASTON PA 19014 | **Department** | 0086 | Security | Primary State | PA | Single | 00 | 0.00 |
| | | **Location** | 00001114 | | Local | PA26 | Single | 00 | 0.00 |
| **Employee #** | 06117807 - (Hourly) | **Pay Date** | 11/03/2023 | | | | | | |
| **Job Title** | MEMBER SERVICE | | | | | | | | |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked** 62.72   **Base Rate** $27.60

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $29.10 | 3.78 | $110.00 | 1,113.84 | $31,422.15 |
| Regular Pay | $27.60 | 42.92 | $1,184.59 | | |
| Holiday Pay | | | | 56.00 | $1,579.60 |
| Vacation Pay | $27.60 | 16.00 | $441.60 | 191.82 | $5,490.02 |
| Sick Pay | $27.85 | 1.30 | $36.21 | 72.58 | $2,036.78 |
| Overtime | $41.40 | 0.02 | $0.83 | 6.41 | $272.19 |
| Sunday Premium Pay | $41.40 | 16.00 | $662.40 | 312.79 | $13,278.58 |
| Sunday Overtime | | | | 0.66 | $27.91 |
| Floating Holiday-Hourly | | | | 8.00 | $234.40 |
| Exec2%RewardNonWageNonTax | | | | | $127.01 |
| **Total Current Payments** | | 80.02 | **$2,435.63** | 1,762.10 | **$54,468.64** |
| **Total Payments** | | 80.02 | **$2,435.63** | 1,762.10 | **$54,468.64** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $97.43 | $2,173.64 |
| FT EE Aetna Select | $20.00 | $450.00 |
| Choice Dental | $4.00 | $90.00 |
| **Total Pre Tax Deductions** | **$121.43** | **$2,713.64** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal   FED | | | | |
| TX Withholding Tax | $2,338.61 | $289.59 | $52,181.75 | $6,431.26 |
| TX EE Social Security Tax | $2,436.04 | $151.03 | $54,355.39 | $3,370.03 |
| TX EE Medicare Tax | $2,436.04 | $35.32 | $54,355.39 | $788.15 |
| Pennsylvania   PA | | | | |
| TX Withholding Tax | $2,411.63 | $74.04 | $53,801.63 | $1,651.71 |
| TX EE Unemployment Tax | $2,435.63 | $1.71 | $54,341.63 | $38.04 |
| Aston Township   PA26 | | | | |
| TX Withholding Tax | $2,411.63 | $24.12 | $53,801.63 | $538.02 |
| Concord Township   PAE6 | | | | |
| TX Local Services Tax | $2,460.04 | $2.00 | $54,895.39 | $44.00 |
| **Total Taxes** | | **$577.81** | | **$12,861.21** |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Supplemental ADD/EE Only | $1.66 | $37.35 |
| SHORT TERM DISAB HRLY | $50.89 | $1,129.49 |
| 401k Loan Program | | $1,622.40 |
| **Total After Tax Deductions** | **$52.55** | **$2,789.24** |
| **Net Payment** | **$1,683.84** | **$36,104.55** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $24.41 | $553.76 |
| **Total Other Benefits** | **$24.41** | **$553.76** |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Sick and Personal | 1.42 | 3.08 | 1.30 | 3.20 |
| Vacation | 73.45 | | 16.00 | 57.45 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $2,435.63 | | $121.43 | | $577.81 | | $52.55 | | $1,683.84 |
| YTD | $54,468.64 | | $2,713.64 | | $12,861.21 | | $2,789.24 | | $36,104.55 |
| Hours(Extra Check Eligibility) | 441.08 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 036001808 | TD Bank National Association | ....1719 | Direct Deposit | $1,683.84 | |

# COSTCO WHOLESALE

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE** 11/17/2023 – Biweekly

**Federal EIN** 91-1223280 Costco Wholesale Corporation

| Name | LISA SCOTT | Payroll Area | US | Biweekly | Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| Address | 205 ROBINHOOD LANE | Pay Period | 10/30/2023 | 11/12/2023 | Federal | FED | Single | 00 | 0.00 |
|  | ASTON PA 19014 | Department | 0086 | Security | Primary State | PA | Single | 00 | 0.00 |
|  |  | Location | 00001114 |  | Local | PA26 | Single | 00 | 0.00 |
| Employee # | 06117807 - (Hourly) | Pay Date | 11/17/2023 |  | Local | PAE6 | Single | 00 | 0.00 |
| Job Title | MEMBER SERVICE |  |  |  |  |  |  |  |  |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked** 64.05   **Base Rate** $27.60

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $27.60 | 55.93 | $1,543.67 | 1,169.77 | $32,965.82 |
| Holiday Pay |  |  |  | 56.00 | $1,579.60 |
| Vacation Pay | $27.60 | 16.00 | $441.60 | 207.82 | $5,931.62 |
| Sick Pay |  |  |  | 72.58 | $2,036.78 |
| Overtime | $41.40 | 0.04 | $1.66 | 6.45 | $273.85 |
| Sunday Premium Pay | $41.40 | 8.00 | $331.20 | 320.79 | $13,609.78 |
| Sunday Overtime | $41.40 | 0.08 | $3.31 | 0.74 | $31.22 |
| Floating Holiday-Hourly |  |  |  | 8.00 | $234.40 |
| Exec2%RewardNonWageNonTax |  |  |  |  | $127.01 |
| Affiliate Membshp Value |  |  |  |  | $180.00 |
| Affiliate Membshp ValueTX |  |  |  |  | $91.88 |
| **Total Current Payments** |  | **80.05** | **$2,321.44** | **1,842.15** | **$57,061.96** |
| **Total Payments** |  | **80.05** | **$2,321.44** | **1,842.15** | **$57,061.96** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $92.86 | $2,266.50 |
| FT EE Aetna Select | $20.00 | $470.00 |
| Choice Dental | $4.00 | $94.00 |
| **Total Pre Tax Deductions** | **$116.86** | **$2,830.50** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal            FED |  |  |  |  |
| TX Withholding Tax | $2,228.99 | $265.47 | $54,682.62 | $6,756.54 |
| TX EE Social Security Tax | $2,321.85 | $143.96 | $56,949.12 | $3,530.85 |
| TX EE Medicare Tax | $2,321.85 | $33.66 | $56,949.12 | $825.76 |
| Pennsylvania       PA |  |  |  |  |
| TX Withholding Tax | $2,297.44 | $70.53 | $56,370.95 | $1,730.59 |
| TX EE Unemployment Tax | $2,321.44 | $1.62 | $56,934.95 | $39.85 |
| Aston Township     PA26 |  |  |  |  |
| TX Withholding Tax | $2,297.44 | $22.97 | $56,370.95 | $563.71 |
| Concord Township   PAE6 |  |  |  |  |
| TX Local Services Tax | $2,345.85 | $2.00 | $57,241.24 | $46.00 |
| **Total Taxes** |  | **$540.21** |  | **$13,493.30** |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Supplemental ADD/EE Only | $1.66 | $39.01 |
| SHORT TERM DISAB HRLY | $48.41 | $1,177.90 |
| 401k Loan Program |  | $1,622.40 |
| Affiliate Membshp Value |  | $180.00 |
| **Total After Tax Deductions** | **$50.07** | **$3,019.31** |
| **Net Payment** | **$1,614.30** | **$37,718.85** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $24.41 | $578.17 |
| **Total Other Benefits** | **$24.41** | **$578.17** |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Sick and Personal | 3.20 | 3.00 |  | 6.20 |
| Vacation | 57.45 |  | 16.00 | 41.45 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $2,321.44 |  | $116.86 |  | $540.21 |  | $50.07 |  | $1,614.30 |
| YTD | $57,061.96 |  | $2,830.50 |  | $13,493.30 |  | $3,019.31 |  | $37,718.85 |
| Hours(Extra Check Eligibility) | 361.03 |  |  |  |  |  |  |  |  |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 036001808 | TD Bank National Association | ....1719 | Direct Deposit | $1,614.30 |  |

**COSTCO WHOLESALE**

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE** 12/01/2023 – Biweekly

**Federal EIN** 91-1223280  Costco Wholesale Corporation

| Name | LISA SCOTT | Payroll Area | US | Biweekly | Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| Address | 205 ROBINHOOD LANE | Pay Period | 11/13/2023 | 11/26/2023 | Federal | FED | Single | 00 | 0.00 |
|  | ASTON PA 19014 | Department | 0086 | Security | Primary State | PA | Single | 00 | 0.00 |
|  |  | Location | 00001114 |  | Local | PA26 | Single | 00 | 0.00 |
| Employee # | 06117807 - (Hourly) | Pay Date | 12/01/2023 |  |  |  |  |  |  |
| Job Title | MEMBER SERVICE |  |  |  |  |  |  |  |  |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

| Current Hours Worked | 65.23 | Base Rate | $27.60 | | |
|---|---|---|---|---|---|
| **Current Payments** | Rate | Hours | Amount | YTD Hours | YTD Amount |
| Regular Pay | $27.60 | 57.12 | $1,576.51 | 1,226.89 | $34,542.33 |
| Holiday Pay | $27.60 | 8.00 | $220.80 | 64.00 | $1,800.40 |
| Vacation Pay | $27.60 | 1.73 | $47.75 | 209.55 | $5,979.37 |
| Sick Pay | $27.60 | 5.07 | $139.93 | 77.65 | $2,176.71 |
| Overtime | $41.40 | 0.03 | $1.24 | 6.48 | $275.09 |
| Sunday Premium Pay | $41.40 | 8.00 | $331.20 | 328.79 | $13,940.98 |
| Sunday Overtime | $41.40 | 0.08 | $3.31 | 0.82 | $34.53 |
| Floating Holiday-Hourly | | | | 8.00 | $234.40 |
| Exec2%RewardNonWageNonTax | | | | | $127.01 |
| Affiliate Membshp Value | | | | | $180.00 |
| Affiliate Membshp ValueTX | | | | | $91.88 |
| **Total Current Payments** | | 80.03 | $2,320.74 | 1,922.18 | $59,382.70 |
| **Total Payments** | | 80.03 | $2,320.74 | 1,922.18 | $59,382.70 |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $92.83 | $2,359.33 |
| FT EE Aetna Select | $20.00 | $490.00 |
| Choice Dental | $4.00 | $98.00 |
| **Total Pre Tax Deductions** | $116.83 | $2,947.33 |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal     FED | | | | |
| TX Withholding Tax | $2,228.32 | $265.33 | $56,910.94 | $7,021.87 |
| TX EE Social Security Tax | $2,321.15 | $143.91 | $59,270.27 | $3,674.76 |
| TX EE Medicare Tax | $2,321.15 | $33.66 | $59,270.27 | $859.42 |
| Pennsylvania     PA | | | | |
| TX Withholding Tax | $2,296.74 | $70.51 | $58,667.69 | $1,801.10 |
| TX EE Unemployment Tax | $2,320.74 | $1.63 | $59,255.69 | $41.48 |
| Aston Township     PA26 | | | | |
| TX Withholding Tax | $2,296.74 | $22.97 | $58,667.69 | $586.68 |
| Concord Township     PAE6 | | | | |
| TX Local Services Tax | $2,345.15 | $2.00 | $59,586.39 | $48.00 |
| **Total Taxes** | | $540.01 | | $14,033.31 |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Supplemental ADD/EE Only | $1.66 | $40.67 |
| SHORT TERM DISAB HRLY | $48.41 | $1,226.31 |
| 401k Loan Program | | $1,622.40 |
| Affiliate Membshp Value | | $180.00 |
| **Total After Tax Deductions** | $50.07 | $3,069.38 |
| **Net Payment** | $1,613.83 | $39,332.68 |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $24.41 | $602.58 |
| **Total Other Benefits** | $24.41 | $602.58 |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Sick and Personal | 6.20 | 3.00 | 5.07 | 4.13 |
| Vacation | 41.45 | | 1.73 | 39.72 |

**Leave Balance Summary**

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $2,320.74 | | $116.83 | | $540.01 | | $50.07 | | $1,613.83 |
| YTD | $59,382.70 | | $2,947.33 | | $14,033.31 | | $3,069.38 | | $39,332.68 |
| Hours(Extra Check Eligibility) | 281.00 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 036001808 | TD Bank National Association | ....1719 | Direct Deposit | $1,613.83 | |

| **COSTCO WHOLESALE** | Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027<br>425-313-8100 | | PAYMENT STATEMENT FOR PAY DATE | | 12/15/2023 - Biweekly | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Federal EIN | 91-1223280 Costco Wholesale Corporation | | | |

| Name | LISA SCOTT | | Payroll Area | US | Biweekly | Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | 205 ROBINHOOD LANE | | Pay Period | 11/27/2023 | 12/10/2023 | Federal | FED | Single | 00 | 0.00 |
| | ASTON PA 19014 | | Department | 0086 | Security | Primary State | PA | Single | 00 | 0.00 |
| | | | Location | 00001114 | | Local | PA26 | Single | 00 | 0.00 |
| Employee # | 06117807 - (Hourly) | | Pay Date | 12/15/2023 | | Local | PAE6 | Single | 00 | 0.00 |
| Job Title | MEMBER SERVICE | | | | | | | | | |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

| Current Hours Worked | 80.40 | Base Rate | $27.60 | | | | |
|---|---|---|---|---|---|---|---|
| **Current Payments** | | | Rate | Hours | Amount | YTD Hours | YTD Amount |
| Regular Pay | | | $27.60 | 63.97 | $1,765.57 | 1,290.86 | $36,307.90 |
| Holiday Pay | | | | | | 64.00 | $1,800.40 |
| Vacation Pay | | | | | | 209.55 | $5,979.37 |
| Sick Pay | | | | | | 77.65 | $2,176.71 |
| Overtime | | | $41.40 | 0.43 | $17.80 | 6.91 | $292.89 |
| Sunday Premium Pay | | | $41.40 | 16.00 | $662.40 | 344.79 | $14,603.38 |
| Sunday Overtime | | | | | | 0.82 | $34.53 |
| Floating Holiday-Hourly | | | | | | 8.00 | $234.40 |
| Exec2%RewardNonWageNonTax | | | | | | | $127.01 |
| Affiliate Membshp Value | | | | | | | $180.00 |
| Affiliate Membshp ValueTX | | | | | | | $91.88 |
| **Total Current Payments** | | | | 80.40 | $2,445.77 | 2,002.58 | $61,828.47 |
| **Total Payments** | | | | 80.40 | $2,445.77 | 2,002.58 | $61,828.47 |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $97.83 | $2,457.16 |
| FT EE Aetna Select | $20.00 | $510.00 |
| Choice Dental | $4.00 | $102.00 |
| **Total Pre Tax Deductions** | $121.83 | $3,069.16 |

| Taxes | | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|---|
| Federal | FED | | | | |
| TX Withholding Tax | | $2,348.35 | $291.73 | $59,259.29 | $7,313.60 |
| TX EE Social Security Tax | | $2,446.18 | $151.66 | $61,716.45 | $3,826.42 |
| TX EE Medicare Tax | | $2,446.18 | $35.47 | $61,716.45 | $894.89 |
| Pennsylvania | PA | | | | |
| TX Withholding Tax | | $2,421.77 | $74.35 | $61,089.46 | $1,875.45 |
| TX EE Unemployment Tax | | $2,445.77 | $1.71 | $61,701.46 | $43.19 |
| Aston Township | PA26 | | | | |
| TX Withholding Tax | | $2,421.77 | $24.22 | $61,089.46 | $610.90 |
| Concord Township | PAE6 | | | | |
| TX Local Services Tax | | $2,470.18 | $2.00 | $62,056.57 | $50.00 |
| **Total Taxes** | | | $581.14 | | $14,614.45 |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Supplemental ADD/EE Only | $1.66 | $42.33 |
| SHORT TERM DISAB HRLY | $50.74 | $1,277.05 |
| 401k Loan Program | | $1,622.40 |
| Affiliate Membshp Value | | $180.00 |
| **Total After Tax Deductions** | $52.40 | $3,121.78 |
| **Net Payment** | $1,690.40 | $41,023.08 |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $24.41 | $626.99 |
| **Total Other Benefits** | $24.41 | $626.99 |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Sick and Personal | 4.13 | 3.08 | | 7.21 |
| Vacation | 39.72 | | | 39.72 |

| Leave Balance Summary | | | | | |
|---|---|---|---|---|---|
| Summary | Total Payments | - Pre-Tax Deductions | - Taxes | - After Tax Deductions | = Net Payment |
| Current Period | $2,445.77 | $121.83 | $581.14 | $52.40 | $1,690.40 |
| YTD | $61,828.47 | $3,069.16 | $14,614.45 | $3,121.78 | $41,023.08 |
| Hours(Extra Check Eligibility) | 200.60 | | | | |

| Check/Transfer Information | | | | | |
|---|---|---|---|---|---|
| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
| 036001808 | TD Bank National Association | ....1719 | Direct Deposit | $1,690.40 | |