EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     LISA ANN SCOTT                                      Chapter 13
                                                              Case Number: 23-13858

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 02/15/2024, marked as claim number 3 on the court's claims register, for the account number ending in 0001, and in the amount of $268.33.

Dated: 03/16/2024

/s/ Gloria Yeager

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 8203312Withdraw

0001