# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13858-mdc |
| Lisa Ann Scott, | Chapter 13 |
| Debtor. | |

**Debtor's Pre-Confirmation Certification of Compliance with Post-Petition Obligations in Accordance with 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor has filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. The debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

4. I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: April 2, 2024

*Michael A. Cibik*
Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com