United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa Ann Scott  
    Debtor

Case No. 23-13858-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 10, 2024      Form ID: 155      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa Ann Scott, 205 Robin Hood Ln, Aston, PA 19014-1923 |
| 14843988 | + | Dovenmuehle/national B, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14843231 | + | NBKC Bank, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14844002 | | Southwest Delaware County Municipal Auth, PO Box 2466, Aston, PA 19014-0466 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14843975 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 11 2024 00:13:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14857839 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2024 00:30:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14843976 | | Email/Text: bk@avant.com | Oct 10 2024 23:55:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 14854596 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 10 2024 23:54:00 | CORELIFE VALLEY LLC, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 14843977 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2024 00:12:20 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14843978 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2024 00:30:48 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14843979 | + | Email/Text: account.manager@chesterwater.com | Oct 10 2024 23:55:00 | Chester Water Authority, 415 Welsh St, Chester, PA 19013-4595 |
| 14843980 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2024 23:54:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14843981 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2024 23:54:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14843982 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2024 23:54:00 | Comenity Capital/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14843983 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2024 23:54:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14843984 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2024 23:54:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14843985 | ^ | MEBN | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 10 2024 23:47:01 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14843986 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2024 00:11:49 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14843987 | | Email/Text: mrdiscen@discover.com | Oct 10 2024 23:54:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14858484 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 10 2024 23:54:00 | NBKC Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14843993 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2024 00:30:54 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14843989 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 10 2024 23:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14843990 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2024 23:55:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14843991 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2024 23:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14843992 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 10 2024 23:54:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14843994 | | Email/Text: ml-ebn@missionlane.com | Oct 10 2024 23:54:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14842995 | | ^ MEBN | Oct 10 2024 23:46:55 | NBKC Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843996 | | Email/Text: bankruptcy@ncaloans.com | Oct 10 2024 23:54:00 | New Credit America, Attn: Bankruptcy, PO Box 9125, Portland, OR 97207 |
| 14843995 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 10 2024 23:55:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14843998 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 10 2024 23:54:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14843999 | | Email/Text: fesbank@attorneygeneral.gov | Oct 10 2024 23:54:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14844000 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14843653 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14844001 | | ^ MEBN | Oct 10 2024 23:47:02 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14857163 | | Email/Text: bnc-quantum@quantum3group.com | Oct 10 2024 23:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14860121 | | Email/Text: bnc-quantum@quantum3group.com | Oct 10 2024 23:54:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14844003 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 00:12:05 | Syncb/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14859240 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 11 2024 00:11:14 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844004 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 00:30:37 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844005 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 00:41:41 | Synchrony Bank/Care Credit, Attn: Bankruptcy, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 965060, Orlando, FL 32896-5060 |
| 14844006 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 00:30:53 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 00:31:07 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 00:30:33 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844009 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 10 2024 23:55:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14844010 | | Email/Text: EDBKNotices@ecmc.org | Oct 10 2024 23:54:00 | U.S. Department of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 14844011 | ^ | MEBN | Oct 10 2024 23:46:53 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14844012 | | Email/Text: bknotice@upgrade.com | Oct 10 2024 23:54:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14855475 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 11 2024 00:30:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844013 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 10 2024 23:54:00 | Verizon, Verizon Wireless Bk Admin 500 Technology, Weldon Springs, MO 63304-2225 |
| 14844014 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 11 2024 00:12:19 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |
| 14844015 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 11 2024 00:11:13 | Wells Fargo Mortgage, Att: Written Correspondance Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14843997 | ## | Patenaude & Felix, 501 Corporate Dr Ste 205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 10, 2024 | Form ID: 155 | Total Noticed: 51 |

**below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NBKC Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lisa Ann Scott help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Lisa Ann Scott                              Case No. 23−13858−pmm

   Debtor(s).                                    Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 10, 2024                                                                       For The Court

                                                                                                 Patricia M. Mayer  
                                                                                                 Judge, United States Bankruptcy Court