# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Lisa Ann Scott,

        Debtor.

Case No. 23-13858-DJB

Chapter 13

## Motion to Modify Plan After Confirmation

Debtor Lisa Ann Scott, by and through her attorney, hereby moves this Court as follows:

1. The Debtor filed a bankruptcy petition on December 21, 2023. The plan was confirmed on October 10, 2024.

2. The Debtor lost her job and is receiving unemployment compensation.

3. The transition from her prior wages to unemployment compensation has decreased her net income by more than her current plan payment.

4. She initially attempted to circumvent the issue by paying the Trustee's office before paying her own expenses each month, but understandably, the situation has become untenable, and she is seeking the proposed modification.

5. The proposed plan reduces the Debtor's monthly payments to $100 for the remaining 6 months of the plan, which she believes she can manage.

6. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 51 as the new confirmed plan.

7. A supplement to schedule I and J has been filed at ECF No. 50 to show feasibility of the plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: June 3, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com