# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Lisa Ann Scott,

        Debtor.

Case No. 23-13858-DJB

Chapter 13

### Certificate of Service

    I, Michael A. Cibik, certify that on June 3, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan, ECF No. 51

- Motion to Modify Plan After Confirmation and Proposed Order, ECF No. 52

- Notice of Motion to Modify Plan After Confirmation, ECF No. 53

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: June 3, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit (CM/ECF):**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**NKBC Bank**
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

**Mailing List Exhibit (First Class Mail):**

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946