# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Lisa Ann Scott,

             Debtor.

Case No. 23-13858-DJB

Chapter 13

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 52, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 55) is **APPROVED**.

Date: **July 2, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge