United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 23-13858-djb

Lisa Ann Scott                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 4

Date Rcvd: Jul 02, 2026                       Form ID: pdf900                       Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa Ann Scott, 205 Robin Hood Ln, Aston, PA 19014-1923 |
| 14843988 | + | Dovenmuehle/national B, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14843231 | + | NBKC Bank, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14843999 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14844002 | | Southwest Delaware County Municipal Auth, PO Box 2466, Aston, PA 19014-0466 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 03 2026 00:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jul 03 2026 00:59:17 | Verizon by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14843975 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 03 2026 00:59:03 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14857839 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2026 00:59:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14843976 | | Email/Text: bk@avant.com | Jul 03 2026 00:54:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 14854596 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 03 2026 00:53:00 | CORELIFE VALLEY LLC, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 14843977 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:01 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14843978 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:15 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14843979 | + | Email/Text: account.manager@chesterwater.com | Jul 03 2026 00:54:00 | Chester Water Authority, 415 Welsh St, Chester, PA 19013-4595 |
| 14843980 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2026 00:54:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14843981 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2026 00:54:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14843982 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 03 2026 00:54:00 | Comenity Capital/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14843983 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jul 03 2026 00:54:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14843984 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | Jul 03 2026 00:54:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14843985 | ^ MEBN |  |  |
|  |  | Jul 03 2026 00:52:24 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14843986 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Jul 03 2026 01:17:06 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14843987 | Email/Text: mrdiscen@discover.com |  |  |
|  |  | Jul 03 2026 00:53:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14858484 | Email/Text: BKCourtNotices@yourmortgageonline.com |  |  |
|  |  | Jul 03 2026 00:53:00 | NBKC Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14843993 | Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | Jul 03 2026 01:16:50 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14843989 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com |  |  |
|  |  | Jul 03 2026 00:53:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14843990 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov |  |  |
|  |  | Jul 03 2026 00:54:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14843991 | Email/Text: sbse.cio.bnc.mail@irs.gov |  |  |
|  |  | Jul 03 2026 00:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14843992 | Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  | Jul 03 2026 00:59:15 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14843994 | Email/Text: ml-ebn@missionlane.com |  |  |
|  |  | Jul 03 2026 00:53:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14842995 | ^ MEBN |  |  |
|  |  | Jul 03 2026 00:52:10 | NBKC Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843996 | Email/Text: bankruptcy@ncaloans.com |  |  |
|  |  | Jul 03 2026 00:53:00 | New Credit America, Attn: Bankruptcy, PO Box 9125, Portland, OR 97207 |
| 14843995 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov |  |  |
|  |  | Jul 03 2026 00:54:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14843998 | + Email/Text: bankruptcygroup@peco-energy.com |  |  |
|  |  | Jul 03 2026 00:54:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14844000 | Email/Text: RVSVCBICNOTICE1@state.pa.us |  |  |
|  |  | Jul 03 2026 00:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14843653 | Email/Text: RVSVCBICNOTICE1@state.pa.us |  |  |
|  |  | Jul 03 2026 00:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14844001 | ^ MEBN |  |  |
|  |  | Jul 03 2026 00:52:33 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14857163 | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  | Jul 03 2026 00:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14860121 | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  | Jul 03 2026 00:54:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14844003 | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  | Jul 03 2026 00:59:14 | Syncb/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14859240 | + Email/PDF: ebn_ais@aisinfo.com |  |  |
|  |  | Jul 03 2026 00:59:03 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2026 | Form ID: pdf900 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 14844004 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2026 00:59:01 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844005 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2026 00:59:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14844006 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2026 00:59:14 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2026 00:59:07 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2026 00:59:13 | Synchrony Bank/Select Comfort, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14844009 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 03 2026 00:54:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14844010 | | Email/Text: EDBKNotices@ecmc.org | Jul 03 2026 00:53:00 | U.S. Department of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 14844011 | ^ | MEBN | Jul 03 2026 00:52:02 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14844012 | | Email/Text: bknotice@upgrade.com | Jul 03 2026 00:53:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14855475 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 03 2026 00:59:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844013 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 03 2026 00:53:00 | Verizon, Verizon Wireless Bk Admin 500 Technology, Weldon Springs, MO 63304-2225 |
| 14844014 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 03 2026 00:59:14 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |
| 14844015 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 03 2026 00:59:07 | Wells Fargo Mortgage, Att: Written Correspondance Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14843997 | ## | Patenaude & Felix, 501 Corporate Dr Ste 205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026          Signature:          /s/Gustava Winters

District/off: 0313-2

Date Rcvd: Jul 02, 2026

User: admin

Form ID: pdf900

Page 4 of 4

Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor NBKC Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lisa Ann Scott help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

       Lisa Ann Scott,

            Debtor.

Case No. 23-13858-DJB

Chapter 13

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 52, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 55) is **APPROVED**.

Date: **July 2, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge