**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Lisa Ann Scott,<br><br>Debtor. | Case No. 23-13858-DJB<br><br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on September 2, 2026, I did cause a true and correct copy of the Supplemental Application for Compensation, Notice, and Proposed Order to be served on the parties listed below, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Lisa Ann Scott**
205 Robin Hood Ln
Aston, PA 19014-1923
Method of Service: First Class Mail

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com