**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Bankruptcy No. 23-13858-DJB |
| Lisa Ann Scott | : | |
| | : | |
| Debtors | | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the Trustee's Certificate of Non-Compliance filed at Docket entry #60.

Respectfully submitted,

Date: September 3, 2026

/s/ Kenneth E. West, Esq
Kenneth E. West, Esq.
Chapter 13 Standing Trustee