**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Lisa Ann Scott,<br><br>Debtor. | Case No. 23-13858-DJB<br><br>Chapter 13 |

**Supplemental Application for Compensation by Debtor's Counsel**

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. Applicant is counsel for the Debtor.
2. The Debtor filed a petition under Chapter 13 on December 21, 2023.
3. The plan was confirmed on October 10, 2024. The current plan, which was approved on July 2, 2026, is adequately funded.
4. This Court previously approved compensation via Section 2(f) of the Chapter 13 Plan for
5. attorney fees in the amount of $4,725.00 paid by the Debtor for pre-confirmation services. Applicant requests an award of supplemental compensation of $500.00 as listed in the modified plan that was approved on July 2, 2026, for 1.6 attorney hours ($600) expended in providing the following services (hourly rate of $375 per attorney hour):

| **Work Completed** | **When** | **By Whom** | **Hours** |
|---|---|---|---|
| Correspondence with Debtor | 6/3/2026 | Attorney | 0.4 |
| Drafted Motion to Modify, Proposed Order, Notice of Motion, Modified Chapter 13 Plan, Supplement to Sch J | 6/3/2026 | Attorney | 1.2 |

6. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

**NOW, THEREFORE,** Applicant requests an award of compensation in the form of order attached.

Date: September 2, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com