**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Lisa Ann Scott,<br><br>Debtor. | Case No. 23-13858-DJB<br><br>Chapter 13 |

**Order Granting Amended Supplemental Application for Compensation**

**AND NOW**, upon consideration of the Amended Supplemental Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.
2. Compensation in the amount of $500.00 and reimbursement of expenses in the amount of $0.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

Date: **September 25, 2026**

Honorable Derek J. Baker
U.S. Bankruptcy Judge